AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-cr-125-wmc-01 |
| JOHNNY B. POTTER | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>120 North Henry Street<br>Madison, WI 53703 | Courtroom No.: 460 |
|---|---|
| | Date and Time: 10/23/13 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/17/2013

*Judge's signature*

Magistrate Judge Stephen L. Crocker
*Printed name and title*